UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRED ENGLISH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 11-cv-146-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Fred English's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied and that judgment is entered in favor of respondent United States of America and against petitioner Fred English.

**DATED: January 9, 2012**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                             **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**